938

petitioner. *Bernard Margolius, Joseph B. Danzansky* and *Carleton U. Edwards II* for respondent. 

No. 487. ANDERSON ET AL., DOING BUSINESS AS PACIFIC MOULDED PRODUCTS CO., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Carl M. Gould* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 488. SPANG ET AL., DOING BUSINESS AS CUBE STEAK MACHINE CO., *v.* WATSON, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Cedric W. Porter* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Burger, Melvin Richter* and *Hubert H. Margolies* for respondent.

No. 489. TICKLE *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Wm. Reid Dalton* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 491. WIREN *v.* PARAMOUNT PICTURES, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Benjamin F. Pollack, James M. Landis* and *George J. Solomon* for petitioner. *William E. Leahy, Wm. J. Hughes, Jr.* and *Louis Phillips* for respondent.

No. 496. DIETRICH *v.* DIETRICH. Supreme Court of California. Certiorari denied. *Clark M. Clifford, Wil-*